BRITISH AND AMERICAN MORTGAGE COMPANY v. LONG
et al.

*Practice—Appeal—Dismissal—Motion to Re-instate.*

1. Where a motion is made to docket and dismiss an appeal, under
   Rule 17, for failure of the appellant to docket the same, the
   excuses for such failure should then be made.
2. In the absence of a request from or agreement with the appel-
   lee that an appeal should not be docketed, the fact that
   negotiations were pending for a compromise is no good
   excuse for appellant's failure to docket the appeal and a
   motion to re-instate will not be allowed.

CIVIL ACTION, heard at May Term, 1894, of HALIFAX
Superior Court, before ———, *J.* There was judgment
for the plaintiff and defendants appealed, but the appeal
having been dismissed, under Rule 17, for failure to docket
the same, a motion to re-instate the appeal was made at
September Term, 1894, of this Court and continued to this
Term.

*Mr. R. O. Burton,* for plaintiff.
*Mr. J. B. Batchelor,* for defendants (appellants).

CLARK, J.: This is a motion to re-instate the case,
which was docketed and dismissed by appellee at last
Term, under Rule 17. A motion was made at that
time, by appellants, for a *certiorari*; but it appearing to
the Court, by affidavit of the Clerk below, which was not
controverted, that the appeal had not been sent up because
the Clerk had repeatedly demanded his fees for the tran-
script, which appellants had failed to pay, the *certiorari*
was refused. *Bailey* v. *Brown,* 105 N. C., 127 ; *Andrews*
v. *Whisnant,* 83 N. C., 446 ; *Sanders* v. *Thompson,* 114
N. C., 282. If in fact the fees had been tendered, or if

there was other good excuse, it should have been shown at the time the motion to docket and dismiss was made. *Paine* v. *Cureton*, 114 N. C., 606.

The appellants, later, at the same term, moved to reinstate (the motion being continued to this term) on the ground that negotiations were pending for a compromise when the appeal was dismissed. But, in the absence of any request from or agreement by appellee that the appeal should not be docketed, this was no excuse for a failure to docket in proper time. The negotiations could have gone on as well after docketing the appeal as before. In fact, however, the correspondence between the parties shows that the offer to compromise had been made and rejected before the call at last term of the district to which the appeal belonged.          Motion Denied.